FILED
CLERK, U.S. DISTRICT COURT

10/2/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MICHAEL BRANG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THREE B FINANCIAL, LLC, DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-04186-FMO-KS<br><br>Hon. Fernando M. Olguin<br><br>**ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION AND PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT**<br><br>**[No Hearing Required]**<br><br>Action Filed: May 14, 2019<br>Trial Date: N/A |

The Court having considered the *Stipulation to Extend Deadline to File Motion for Class Certification and Preliminary Approval of Settlement Agreement* entered into by and between *plaintiff* MICHAEL BRANG ("Plaintiff") and *defendant* THREE B FINANCIAL, LLC ("Defendant") and good cause appearing therefore,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

///

///

///

**IT IS FURTHER ORDERED** that Plaintiff shall have until October 21, 2019, to file and serve the Motion.

**IT IS SO ORDERED.**

Dated: October 2, 2019                    _____/s/_____
                                          FERNANDO M. OLGUIN
                                          UNITED STATES DISTRICT JUDGE