1  Todd M. Friedman (SBN 216752)
   Adrian R. Bacon (SBN 280332)
2  LAW OFFICES OF TODD M. FRIEDMAN, P.C.
3  21550 Oxnard St., Suite 780
   Woodland Hills, CA 91367
4  Phone: 877-206-4741
5  Fax: 866-633-0228
   tfriedman@toddflaw.com
6  abacon@toddflaw.com
7
8              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| MICHAEL BRANG, individually and on behalf of all others similarly situated, | ) Case No. ) |
| Plaintiff, | ) **2:19-cv-04186-FMO-KS** ) |
| v. | ) **NOTICE OF DISMISSAL OF** ) **ACTION WITH PREJUDICE** |
| THREE B FINANCIAL, LLC et al., DOES 1 through 10 Inclusive, | ) **AS TO PLAINTIFF AND** ) **WITHOUT PREJUDICE AS** ) **TO PUTATIVE CLASS** |
| Defendants. | ) ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this matter with prejudice as to plaintiff and without prejudice as to the putative class. Each party shall bear their own costs and attorneys' fees. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice as to individual claims and without an Order of the Court.

Respectfully submitted this 16th Day of October, 2019.

         By: s/Adrian R. Bacon Esq.
           Adrian R. Bacon
           Attorney For Plaintiff

## **CERTIFICATE OF SERVICE**

Filed electronically on October 16, 2019, with:

United States District Court CM/ECF system

Notification sent electronically on October 16, 2019 to:

To the Honorable Court, all parties and their Counsel of Record

s/ Adrian R. Bacon
   Adrian R. Bacon